JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P: (510) 451-2132
F: (510) 451-0824
e: jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/19/07*

| | |
|---|---|
| SIKANDER RAJPUT, | |
| Plaintiff, | No. CV-06-4306 RMW |
| vs. | |
| JOANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that due to change in counsel, Plaintiff may have an extension of 30 days, until January 25, 2006, in which to file his Motion for Summary Judgment and/or Remand.

DATE: 12-26-06                        /s/_____
                                      James Hunt Miller
                                      Attorney for Plaintiff

*plf's extn – rajput v. ssa C-06-4306 RMW*                                      1

1 | DATE: 12-27-06 | Kevin V. Ryan
2 | | United States Attorney
3 | | By:/s/[1]_____
4 | | Sara Winslow
  | | Assistant United States Attorney
5 |
6 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
7 |
8 | DATE: __1/19/07_____ | *Ronald M. Whyte*_____
  | | United States District Judge Whyte

---

[1]   This is as communicated by facsimile to the filer. The original (with hand signature) of this is held by the signer.