**E-FILED on** 9/11/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIKANDER RAJPUT, | No. CV-06-04306 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security | |
| Defendant. | |

On September 3, 2008 a written order granting summary judgment in favor of the defendant Michael J. Astrue on his motion for summary judgment was entered. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendant Michael J. Astrue, Commissioner of Social Security, and against plaintiff Sikander Rajput and that plaintiff take nothing by way of his complaint.

DATED: 9/11/2008

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] Michael J. Astrue became Commissioner of the Social Security Administration on February 1, 2007. Pursuant to Ruled 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is hereby substituted for Jo Anne B. Barnhart as the Defendant in this matter.

JUDGMENT — CV-06-04306 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

James Hunt Miller
jim_miller0@yahoo.com

**Counsel for Defendants:**

Michael A. Cabotaje
Michael.Cabotaje@ssa.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     9/11/2008                                            TSF
                                                        **Chambers of Judge Whyte**

JUDGMENT — CV-06-04306 RMW
TSF                                                                 2